

# NUMBER 13-24-00319-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ED MONCE

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Chief Justice Contreras[1]**

Relator Ed Monce filed a petition for writ of mandamus seeking to compel the trial court to vacate a temporary restraining order and an extension order; however, relator has now filed an unopposed motion to dismiss this petition for writ of mandamus. According to the unopposed motion to dismiss, relator has reached an agreement with real parties in interest Christopher Majka, Tressa Majka, and Esplanade Investments

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

L.L.C. that disposes of the necessity of seeking mandamus relief.

The Court, having examined and fully considered the unopposed motion to dismiss, is of the opinion that it should be granted. Accordingly, we lift the stay previously imposed in this case, we grant the unopposed motion to dismiss, and we dismiss the petition for writ of mandamus. *See* TEX. R. APP. P. 52.10.

DORI CONTRERAS<br>
Chief Justice

Delivered and filed on the
27th day of June, 2024.